



## MEMORANDUM OPINION

No. 04-08-00448-CV

**FORT DUNCAN MEDICAL CENTER, L.P.**, Improperly Named As Fort Duncan Regional
Medical Center a/k/a Fort Duncan Medical Center,
Appellant

v.

Jennifer **VERA**,
Appellee

From the 365th Judicial District Court, Maverick County, Texas
Trial Court No. 07-11-23011-MCVAJA
Honorable Amado J. Abascal, III, Judge Presiding

PER CURIAM

Sitting:        Alma L. López, Chief Justice
                Rebecca Simmons, Justice
                Steven C. Hilbig, Justice

Delivered and Filed:  August 13, 2008

DISMISSED

Appellant has filed a motion to dismiss this appeal.  The motion contains a certificate of service to appellee, who has not opposed the motion.  We, therefore, grant the motion and dismiss the appeal.  See TEX. R. APP. P. 42.1(a)(1).

PER CURIAM